PETITION UNDER 28 USC § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

**02 CV 00009**

## United States District Court for the Southern District of New York

| | |
|---|---|
| **Name** Rafael Martinez | **Prisoner Identification No.** 93-A-2733 |

**Place of Confinement:** Clinton Correctional Facility, PO Box 2001, Dannemora, New York 12929

**Name of Petitioner** (include name under which convicted): Rafael Martinez

v.

**Name of Respondent** (warden or superintendent of your prison): Daniel Senkowski, Superintendent, Clinton Correctional Facility

## PETITION

1. Name and location of court which entered the judgment of conviction under attack: New York State Supreme Court, New York County

2. Name and address of lawyer who represented you: Richard L. Giampa, 860 Grand Concourse, Suite 1H, Bronx, New York 10451

3. Date of judgment of conviction: 4-8-93

4. Length of sentence: 213 years to life

5. Nature of offense involved (all counts): Murder 2°, Conspiracy 2°, Attempted Murder 2°, Criminal Sale of Firearm 3°, Criminal Sale Controlled Substance, Criminal Possession Controlled Substance 3°, Criminal Possession Weapon 3°

6. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐
   If you entered a guilty plea to one count of indictment, and not a guilty plea to another count of indictment, give details:

7. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☒
   (b) Judge only ☐

8. Did you testify at the trial?
   Yes ☐   No ☒

9. Did you appeal from the judgment of conviction?
   Yes ☒   No ☐

10. If you did appeal, answer the following:

   (a) Name of court _New York State Appellate Division, 1st Dept._

   (b) Name and address of lawyer who represented you _Thomas F. Grice   2 Pennsylvania Plaza, New York, N.Y. 10121_

   (c) Result _Judgment of conviction affirmed_

   (d) Date of result and citation, if known _6-4-98   251 AD2d 51 (1st Dept. 1998)_

   (e) Grounds raised _See annexed memorandum_

   (f) If you sought further review of the decision by appeal to a higher state court, please answer the following:

   (1) Name of court _New York Court of Appeals_

   (2) Name and address of lawyer who represented you _Same as "10b"_

   (3) Result _Leave to appeal denied_

   (4) Date of result and citation, if known _11-24-98   92 NY2d 984 (1998)_

   (5) Grounds raised _See annexed memorandum_

   (g) If you filed a petition for Writ of Certiorari in the United States Supreme Court, please provide the date the petition was filed and the date of result and citation, if known

   _n/a_

   (1) Name and address of lawyer who represented you ____

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
    Yes ☒   No ☐

12. If your answer to 10 was "yes," give the following information:

   (a) (1) Name of court _New York State Supreme Court, New York County_

   (3) Name and address of lawyer who represented you _n/a_

   (2) Nature of proceeding _Motion to vacate_

   (3) Grounds raised _See annexed memorandum_

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(5) Date motion was filed with the Court __11-4-99__

(6) Date and result of motion __9-15-00   Motion denied__

(b) As to any second petition, application or motion give the same information:

(1) Name of court __New York State Appellate Division, 1st Dept.__

(2) Name and address of lawyer who represented you __n/a__

(3) Nature of proceeding __Coram nobis__

(4) Grounds raised __See annexed memorandum__

(5) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☒

(6) Date motion was filed with the Court __3-5-01__

(7) Date and result of motion __12-20-01   Motion denied__

(c) Did you appeal the decision of any petition, application or motion to the highest state court having jurisdiction?
(1) First petition, etc.      Yes ☒    No ☐
(2) Second petition, etc.   Yes ☒    No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

13. **STATE EVERY GROUND ON WHICH YOU CLAIM THAT YOU ARE BEING HELD UNLAWFULLY. IF YOU ARE RAISING THE SAME GROUNDS THAT YOU RAISED ON DIRECT APPEAL, YOU SHOULD ATTACH A COPY OF YOUR STATE COURT APPELLATE BRIEF. YOU MUST EXHAUST YOUR STATE COURT REMEDIES ON EACH GROUND YOU ARE CLAIMING YOU ARE BEING HELD UNLAWFULLY.**

Ground(s): See annexed memorandum

14. **TIMELINESS OF PETITION:** If your judgment of conviction was made final over one year ago, you must set forth below why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.*

n/a

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as codified in 28 U.S.C. § 2244(d) provides in part that:

   (1) A 1-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of --
      (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
      (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
      (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
   (2) The time during which a properly filed application for State post conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

15. Do you have a petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

16. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐   No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: _____

    (b) Give date and length of the above sentence: _____

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_1-2-02_____
(date)

_____
Signature of Petitioner
RANDALL D. UNGER
Attorney for Petitioner
125-10 Queens Blvd. Suite 2702
Kew Gardens N.Y. 11415
718-261-5000
Address

I declare under penalty of perjury that on _____, I delivered this petition to prison authorities to be
                                                (date)
mailed to the United States District Court for the Southern District of New York.

_____
Signature of Petitioner